12 So.2d 352

### LACKEY v. STATE.
### 8 Div. 311.

Court of Appeals of Alabama.
March 2, 1943.

H. T. Foster, of Scottsboro, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

The defendant pleaded guilty to the offense of violating the State prohibition law, and from a judgment and sentence, which he contends was excessive and unwarranted, this appeal was taken. There is no bill of exceptions.

The punishment was within the limits prescribed by the statute and, from aught we can say, it was justified. The judgment, therefore, must be affirmed. Johnson v. State, 24 Ala.App. 291, 135 So. 592; Rutland v. State, ante, p. 43, 11 So.2d 768.

Affirmed.